BAHR JACOBOWSKY, Plaintiff in Error, *v.* THE PEOPLE OF THE STATE OF NEW YORK, Defendants in Error.

(Submitted March 30, 1876 ; decided April 11, 1876.)

REPORTED below, 6 Hun, 524.

*Wm. F. Howe* for the plaintiff in error.

*Benj. K. Phelps* for the defendants in error.

Agree to affirm on opinion of DANIELS, J., in court below.
All concur.
Judgment affirmed.

---

CHARLES SHULTZ, Respondent, *v.* CLARISSA L. CRANE, Executrix, etc., et al., Appellants.

(Argued March 30, 1876 ; decided April 11, 1876.)

REPORTED below, 6 Hun, 236.

*T. H. Baldwin* for the appellants.

*Geo. W. Carpenter* for the respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.